UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MILAN JANKOVIC, also known as PHILIP ZEPTER, FIELDPOINT B.V., and UNITED BUSINESS ACTIVITIES HOLDING, A.G.,

Plaintiffs,

vs.

INTERNATIONAL CRISIS GROUP, and Does 1 through 10,

Defendants.

Civil Action No. 1:04 CV 01198 (RW)

ECF

## ORDER

It appearing that the parties have agreed to a briefing schedule on the discovery issue, it is this 25th day of October, 2007,

ORDERED that Plaintiffs shall file a Motion Regarding Need for Discovery on Affirmative Defenses on or before November 12, 2007; Defendant shall file its Opposition to Plaintiffs' Motion on or before November 30, 2007; and Plaintiffs shall have to and including December 12, 2007, to respond to Defendant's filing; and it is further

ORDERED that a status hearing on Plaintiffs' Motion is set for December 19, 2007; and it is further

ORDERED that all discovery, including third party discovery, shall be stayed until thirty (30) days after the Court rules on Plaintiffs' Motion.

REGGIE B. WALTON
United States District Court Judge